**In the Interest of M.D., Plaintiff,**

**Missouri Department of Social Services, Children's Division, Respondent,**

v.

**C.N.D. (Mother), Appellant,**

**John Doe, Defendant.**

**No. WD 67421.**

Missouri Court of Appeals, Western District.

June 26, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Farrell D. Hockemeier, Esq., Richmond, MO, Guardian.

Bruce B. Brown, Esq., Timothy D. Tipton, Esq., Co-counsel, Kearney, MO, for Appellant.

Gary L. Gardner, Esq., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., ELLIS and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Termination of parental rights under three grounds were found by trial court. Court of Appeals affirmed under 211.447.4(2). Rule 84.16(b).